# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Akira Technologies, Inc. | )     ASBCA No. 59857 |
| | ) |
| Under Contract No. SP3300-14-D-0017 | ) |

APPEARANCES FOR THE APPELLANT:    Christopher R. Shiplett, Esq.
    Danielle N. Hart, Esq.
    Nishat Azam, Esq.
     Randolph Law, PLLC
     Arlington, VA

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
     DLA Chief Trial Attorney
    Timothy J. Ryan, Esq.
    Janet R. Wise, Esq.
     Trial Attorneys
     DLA Distribution
     New Cumberland, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 May 2016

_Michael T. Paul_

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59857, Appeal of Akira Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals